

# NUMBER 13-24-00044-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

ALBERTO VILLARREAL ZOLEZZI, **Appellant,**

**v.**

MONTANARO INVESTMENTS, LLC,
FRANCISCO J. MONTANARO
A/K/A FRANK MONTANARO,
JOSE RENE TIJERINA, AND
ENERGETICOS CITRICOLA, INC., **Appellees.**

---

### On appeal from the 445th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Silva
### Memorandum Opinion by Justice Benavides

This matter is before the Court on appellant's motion to withdraw appellant's notice

of appeal which we construe as a motion to dismiss. Appellant does not wish to pursue

his claims and requests withdrawal of his notice of appeal.

Having considered appellant's motion to dismiss, we are of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
7th day of March, 2024.

2